IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GLENN LEE SELDEN,**

    **Plaintiff,**

vs.                                             Case No. 4:10cv143-RH/WCS

**CORRECTIONAL MEDICAL
AUTHORITY, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a *pro se* prisoner, was granted *in forma pauperis* status, doc. 10, and directed to submit a second amended complaint. Doc. 27. Plaintiff has now filed the second amended complaint, doc. 35, which has been reviewed as is required by 28 U.S.C. § 1915A.

Plaintiff's complaint is entirely fanciful. Plaintiff complains that his identification was stolen, that he is being held hostage (presumably in prison), that one of the Defendants stole "a top secret military computer" and Plaintiff's surety bonds were infringed because Plaintiff "had no evidence of an exempted system" which Plaintiff alleges is top secret. Plaintiff contends Defendant McNeil accepted millions of dollars to

hold Plaintiff in prison illegally, and President George W. Bush "put out 500 million for 'his' system . . . ." Plaintiff contends others have stolen a million dollars from Plaintiff and Governor Crist has ignored this. Plaintiff alleges his personal "trademark copyright copy claims" have been infringed.

Plaintiff may not use a civil rights action to seek his release from prison. Plaintiff's complaint is frivolous and unconnected with reality. There is no need to continue this proceeding.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's second amended complaint, doc. 35, be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the order adopting this report and recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IN CHAMBERS** at Tallahassee, Florida, on August 3, 2010.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**