# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GLENN LEE SELDON,

    Plaintiff,

v.                          CASE NO. 4:10cv143-RH/WCS

CORRECTIONAL MEDICAL
AUTHORITY et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 38, and the objections, ECF No. 47; *see also* ECF Nos. 41, 42, 43, 45, and 46. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on August 25, 2010.

                                          s/Robert L. Hinkle
                                          United States District Judge